FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 12 2017

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ANDREA BROADWAY,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC. and BRAEBURN CAPITAL, subsidiary of APPLE INC.,<br><br>    Defendants. | Civil Action No. 4:17-cv-23-BRW<br><br>This case assigned to District Judge Wilson<br>and to Magistrate Judge Harris |

### DEFENDANT APPLE INC.'S NOTICE OF REMOVAL

Defendant Apple Inc. ("Apple") hereby gives notice of the removal of this action from the Circuit Court of Pulaski County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Western Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for the removal of this matter, Apple states as follows:

1.    On November 15, 2016, Plaintiff Andrea Broadway filed her Complaint in the 12th Division, 6th Circuit of the Circuit Court of Pulaski County, Arkansas, a state court located within this district, as *Andrea Broadway v. Apple, Inc., and Braeburn Capital, subsidiary of Apple Inc.*, Civil Action No. 60CV-16-6283.

2.    Apple was served with summons and a copy of the Complaint on December 13, 2016. *See* USPS.com, Tracking, *available at* https://tools.usps.com/go/TrackConfirmAction_input (Tracking Number 70161970000032619802). Thus, this Notice of Removal is timely filed. *See* 28 U.S.C. § 1446(b).

3.    Defendant Braeburn Capital has not been served to date. *See* State Court Docket, No. 60CV-16-6283, attached as Exhibit A. Thus, consent to this removal by Braeburn Capital is

not required. *See* 28 U.S.C. § 1446(b)(2)(A) ("[A]ll defendants who have been properly joined *and served* must join in or consent to the removal of the action." (emphasis added)).

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because it is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. At all relevant times, including the time of filing the Complaint and the time of this removal, Plaintiff Andrea Broadway is and was a citizen of the state of Arkansas. *See* Exhibit B, Complaint (listing Arkansas address and residency); Exhibit B, Summons & Proof of Service (same).

6. At all relevant times, including the time of filing the Complaint and the time of this removal, Apple is and was incorporated under the laws of the state of California and maintains and maintained its principal place of business in California. Therefore, Apple is and was a citizen of California within the meaning of 28 U.S.C. § 1332(c).

7. At all relevant times, including the time of filing the Complaint and the time of this removal, Braeburn Capital is and was a Nevada corporation with its principal place of business in Nevada. Therefore, Braeburn Capital is a citizen of Nevada within the meaning of 28 U.S.C. § 1332(c).

8. Plaintiff alleges that she seeks "compensatory revenue from sales of [A]pple products" because she was a "developer" of the iPhone, iPad, iPod, Apple Watch, and Apple TV and a "founding member of Apple, Inc." Exhibit B, Complaint, ¶ 3.

9. Plaintiff alleges further that Apple Chief Executive Officer Timothy Cook transferred the amount she is owed—the exact amount of which is "unknown" to her—to Apple subsidiary Braeburn Capital, and she seeks a judgment for this sum. Exhibit B, Complaint, ¶ 3;

*id.*, p. 2 (*ad damnum* clause).  In addition to monetary relief, Plaintiff appears to seek records or paperwork from Apple related to possible former employment there between 2002 and 2004, under the name "Andrea R. White." *Id.*, ¶ 3.

10. Although Plaintiff alleges that she seeks a "sum unknown," given her allegations that she was a founding member of Apple, that she was a "developer" of a host of the company's products, including the iPhone, iPad, iPod, Apple Watch, and Apple TV, and that she seeks compensatory revenue from the sale of those products, the amount in controversy far exceeds $75,000 based on the face of the Complaint.

11. In a conversation with defense counsel, Plaintiff further elaborated that she believes she is due a percentage of *every* sale *ever* made of the Apple products listed in her Complaint, with no geographical or other limitations.

12. Removal is appropriate "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).  Pursuant to 28 U.S.C. § 83(a)(2), this Court embraces the Circuit Court of Pulaski County, Arkansas. Accordingly, this Court is the appropriate venue for removal of this action. *See* 28 U.S.C. § 1441(a).

13. A true and correct copy of all "process, pleadings and orders" served on Apple is attached as Exhibit B.  *See* 28 U.S.C. § 1446(a).

14. Promptly upon the filing of this Notice of Removal, Apple will file a Notice of Filing Notice of Removal, with a copy of this Notice of Removal attached, in the Circuit Court of Pulaski County, Arkansas, and will serve a copy on Plaintiff, pursuant to 28 U.S.C. 1446(d).

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
E-Mail: squattlebaum@qgtlaw.com
atanner@qgtlaw.com

By: *Amber Davis-Tanner*
Steven W. Quattlebaum, Ark. Bar No. 84127
Amber Davis-Tanner, Ark. Bar No. 2011141

*Attorneys for Defendant*


CERTIFICATE OF SERVICE

I do hereby certify that on January 12, 2017, I filed the foregoing and served it upon the *pro se* plaintiff by First Class U.S. Mail, postage prepaid, and by Certified U.S. Mail, return receipt requested:

Andrea R. Broadway
622 Mills Street
North Little Rock, Arkansas 72117

*Amber Davis-Tanner*
Amber Davis-Tanner

## Report Selection Criteria

**Case ID:** 60CV-16-6283
**Citation No:**
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:** 60CV-16-6283 - ANDREA BROADWAY V APPLE INC, ET AL -NON-TRIAL
**Filing Date:** Tuesday , November 15th, 2016
**Court:** 60 - PULASKI
**Location:** CI - CIRCUIT
**Type:** PL - PRODUCT LIABILITY
**Status:** none
**Images:**

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | End Date | Type | ID | Name |
|---|---|---|---|---|---|
| 3 | | | DEFENDANT | 14605702 | APPLE INC |
| | | | | Aliases: | none |
| 2 | | | PLAINTIFF | 14605701 | BROADWAY, ANDREA |
| | | | | Aliases: | none |
| 1 | | | JUDGE | 7965384 | HON. ALICE S. GRAY - 12TH DIVISION 6TH CIRCUIT |
| | | | | Aliases: | GRAY |
| 4 | | | DEFENDANT | 14605703 | BRAEBURN CAPITAL |

EXHIBIT A

|  |  |  | Aliases: | SUBSIDIARY OF APPLE INC |
|---|---|---|---|---|
|  |  |  |  |  |

## Violations

## Sentence

No Sentence Info Found.

## Milestone Tracks

*No Milestone Tracks found.*

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 11/15/2016 10:43 AM | AOC COVERSHEET CIVIL |  |  |
| Entry: | *none.* |  |  |
| Images | WEB |  |  |
| 11/15/2016 10:43 AM | COMPLAINT/PETITION FILED $ |  |  |
| Entry: | *none.* |  |  |
| Images | WEB |  |  |
| 11/15/2016 10:43 AM | SUMMONS ISSUED |  |  |
| Entry: | *none.* |  |  |
| Images | WEB |  |  |

| 11/15/2016 10:43 AM | SUMMONS ISSUED | | |
|---|---|---|---|
| **Entry:** | *none.* | | |
| **Images** | <u>WEB</u> | | |

| 11/15/2016 10:43 AM | MOF ORIGINAL | | |
|---|---|---|---|
| **Entry:** | *none.* | | |
| **Images** | No Images | | |

| 11/15/2016 10:47 AM | PAYMENT RECEIVED | | |
|---|---|---|---|
| **Entry:** | A Payment of -$165.00 was made on receipt 60CI257235. | | |
| **Images** | No Images | | |

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2016-Nov-15  10:43:02
60CV-16-6283
C06D12 : 2 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

Andrea Broadway

Plaintiff

v.

Apple Inc., and

Braeburn Capital, subsidiary of Apple Inc.

Defendants

Comes now Plaintiff, Andrea R. Broadway, by through pro se, Andrea R. Broadway and complaint against the Defendants, as follows

1. Plaintiff, Andrea R.Broadway, resident of 622 Mills Street, North Little Rock, Arkansas 72117.

2. Defendants, Apple Inc., an information technology, consumer electronics company, based at Apple Campus 1 Infinite Loop, Cupertino, California 95014 and its subsidiary company Braeburn Capital.

1

EXHIBIT B

3.   Seeking compenastory revenue from sales of apple products as developer of the iphone/ipad/ipod/apple watch/tv,and as one of its founding member of Apple Inc., in which defendant's employee, Timonthy Cook, transferred unknown sum over to Braeburn Capital. And such paperwork is recorded on file within Apple Inc., in reference to Braeburn Capital and Stifel Nicolaus an wealth management firm; whether recorded under Andrea R. White, which occured between years of 2002 through 2004.

4.   As result financial burden, emotional distress, due to lack of access to needed contact.

Wherefore, pro se, plaintiff, Andrea R. Broadway, judgment against defendant in the sum unknown that was transferred over to Braeburn Capital, with enclosed paperwork for personal records.

Andrea R.Broadway,

*Andrea Broadway*

622Mills Street

NorthLittleRock, Arkansas 72117

501 529 2890

2