ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2016-Nov-15  10:43:02
60CV-16-6283
C06D12 : 2 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

Andrea Broadway

Plaintiff

v.

Apple Inc., and

Braeburn Capital, subsidiary of Apple Inc.

Defendants

Comes now Plaintiff,  Andrea R. Broadway, by through pro se, Andrea R. Broadway and complaint against the Defendants, as follows

1.      Plaintiff, Andrea R.Broadway, resident of 622 Mills Street, North Little Rock, Arkansas 72117.

2.      Defendants, Apple Inc., an information technology, consumer electronics company, based at  Apple Campus 1 Infinite Loop, Cupertino, California 95014 and its subsidiary company Braeburn Capital.

1

EXHIBIT B