# IN THE UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF ARKANSAS
# WESTERN DIVISION

**ANDREA BROADWAY**                                                    **PLAINTIFF**

**VS.**                                 **4:17-cv-00023-BRW**

**APPLE, INC.**                                                           **DEFENDANT**

## ORDER

Pending is Defendant's Motion to Dismiss (Doc. No. 4). Plaintiff has not responded and the time for doing so has passed. For good cause shown, Defendant's Motion is GRANTED and this case is DISMISSED.

IT IS SO ORDERED this 1st day of February, 2017.

                                                             /s/ Billy Roy Wilson
                                                             UNITED STATES DISTRICT JUDGE